

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00158-CR

———————————————

EX PARTE REKEEM LACLINTON DORY

On Appeal from Criminal District Court No. 3
Tarrant County, Texas
Trial Court No. 1644029

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

After receiving Appellant Rekeem LaClinton Dory's pro se notice of appeal, we sent a letter on November 13, 2020, stating our concern that we lacked jurisdiction over this appeal because we had been informed by the trial court clerk that the trial judge had not signed an order in this case. We gave the parties ten days from the date of our letter to furnish this court with a signed copy of the order that Appellant seeks to appeal. We stated that "[i]f no order has been signed and furnished by that date, this appeal will be dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f)." We received no response and confirmed with the trial court clerk that no order had been signed as of December 4, 2020.

The rules of appellate procedure provide that a criminal defendant has the right to appeal a judgment of guilt or other appealable order. *See* Tex. R. App. P. 25.2(a)(2). However, there is no appealable order in this case, making Appellant's notice of appeal premature. *See* Tex. R. App. P. 25.2(a)(2), 26.2(a)(1), 27.1(b). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f); *McCain v. State*, No. 02-13-00599-CR, 2014 WL 670640, at *1 (Tex. App.—Fort Worth Feb. 20, 2014, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing appeal for lack of jurisdiction because notice of appeal was premature).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

2

Delivered:  December 17, 2020